NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BP LUBRICANTS USA INC.,
*Petitioner.*

---

Miscellaneous Docket No. 960

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Illinois in case no. 10-CV-1258, Judge Robert W. Gettleman.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

### ORDER

BP Lubricants USA Inc. submits a petition for a writ of mandamus directing the United States District Court for the Northern District of Illinois to (1) vacate its August 25, 2010 order denying BP's motion to dismiss and (2) dismiss the complaint.

Upon consideration thereof,

IT IS ORDERED THAT:

Thomas A. Simonian is directed to respond to BP's mandamus petition within 14 days of the date of filing of this order.

FOR THE COURT

SEP 1 5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Russell E. Levine, Esq.
Joseph M. Vanek, Esq.
Judge, N.D. Ill.
Clerk, N.D. Ill.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 5 2010

JAN HORBALY
CLERK